TODD PAYNE,

     Petitioner,

v.

STATE OF FLORIDA,

     Respondent.

_____/

IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D16-1749

Opinion filed August 18, 2016.

Petition for Belated Appeal -- Original Jurisdiction.

Stacy A. Scott, Public Defender, and Susan A. Ward, Assistant Public Defender, Gainesville, for Petitioner.

Pamela Jo Bondi, Attorney General, David Llanes and Donna A. Gerace, Assistant Attorneys General, Tallahassee, for Respondent.


PER CURIAM.

     The petition seeking a belated appeal of the order of drug offender probation rendered on July 29, 2015, in Levy County Circuit Court case number 38-2014-CF-000550-A, is granted.  Upon issuance of the mandate, a copy of this opinion shall be furnished to the clerk of the lower tribunal for treatment as a notice of appeal.  If petitioner qualifies for the appointment of counsel at public expense, the lower tribunal is directed to appoint counsel to represent him in the belated appeal.

B.L. THOMAS, WETHERELL, and WINSOR, JJ., CONCUR.